KEVIN V. RYAN (CSBN 118321)
United States Attorney
JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division

10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7017
Fax: (415) 436-6748

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and COLLEEN ROWE, Revenue Officer,** </br></br>Petitioners, </br></br>v. </br></br>**MARK MCQUAIN, PRESIDENT, VINDICO RETAIL US, INC.,** </br></br>Respondent. | NO. C-06-2488-SI </br></br> **APPLICATION TO DISMISS VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SUMMONS AND ORDER** |

This matter is set for a hearing on June 9, 2006. The respondent has complied with the Summons. Accordingly, we request that the Petition be dismissed.

KEVIN V. RYAN
United States Attorney

/s/ Jay R. Weill
JAY R. WEILL
Assistant United States Attorney
Chief, Tax Division

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE